ACCEPTED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 4:28:10 PM
CHRISTOPHER PRINI
CLERK

01-15-00003-CV

## Local Rule Notice of and Assignment

## of Related Case in Original Proceedings

[sample; file with petition in original proceeding]

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 4:28:10 PM
CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☑ None

☐ Caption: _____

Trial court
case number: _____

Appellate court
case number: _____

_____
[Signature of certifying attorney or pro se party]

_____January 2, 2015_____
[Date]

**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."